**GRANTED**  Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jun 16, 2011**

**Brian Whitney**
**District Court Judge**

DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jun 16 2011 11:23AM MDT
Filing ID: 38179801
Review Clerk: Tara L Nelson

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO  80202 | |
| **Plaintiff:**  MARC DAVIS<br><br>**Defendant:**  LIBERTY MUTUAL FIRE INSURANCE COMPANY dba LIBERTY MUTUAL, a corporation | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendant:<br><br>Lawrence D. Stone, #8803<br>Robyn L. Libow, #40915<br>Dufford & Brown, P.C.<br>1700 Broadway, Suite 2100<br>Denver, Colorado  80290-2101<br>Telephone:  (303) 861-8013<br>Facsimile:  (303) 832-3804<br>E-mail:  lstone@duffordbrown.com<br>        rlibow@duffordbrown.com | Case Number:  2011cv2833<br><br>Division __ |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

_____

THE COURT having reviewed Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint, and being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant is granted an extension of time up to and including June 24, 2011, within which to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated this _____ day of June, 2011.

BY THE COURT:

_____
District Court Judge

{00428275.1}

**EXHIBIT F**

This document constitutes a ruling of the court and should be treated as such.

|                                   |                                              |
|----------------------------------:|----------------------------------------------|
| **Court:**                        | CO Denver County District Court 2nd JD       |
| **Judge:**                        | Brian R Whitney                              |
| **File & Serve Transaction ID:**  | 38147600                                     |
| **Current Date:**                 | Jun 16, 2011                                 |
| **Case Number:**                  | 2011CV2833                                   |
| **Case Name:**                    | DAVIS, MARC vs. LIBERTY MUTUAL FIRE INS CO   |
| **Court Authorizer:**             | Brian R Whitney                              |

**/s/ Judge Brian R Whitney**